```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
DOLORES NARANJO (AKA LUPE), individually and                   :
on behalf of others similarly situated,                        :
                                                               :
                           Plaintiff,                          :    21-cv-1731 (LJL)
                                                               :
            -v-                                                :        ORDER
                                                               :
THE CLASSIC OF NY NAILS & SPA INC. (D/B/A                      :
CLASSIC NAIL & SPA), MEI LAN CUI (AKA                          :
SARAH), and YING SHUN LI (AKA UNA),                            :
                                                               :
                           Defendants.                         :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021

LEWIS J. LIMAN, United States District Judge:

     The parties have represented to the Court that they will not be making any motions for summary judgment.  It is hereby ORDERED that a jury trial is scheduled to begin on January 18, 2022 at 9:30 am in Courtroom 15C of the 500 Pearl Street Courthouse.  The parties shall appear for a final pretrial conference in Courtroom 15C on January 13, 2022 at 4:00 pm.  The parties shall submit a proposed final pretrial order by November 29, 2021.

     SO ORDERED.

Dated: October 29, 2021  
       New York, New York

                                                          LEWIS J. LIMAN  
                                                         United States District Judge