```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DOLORES NARANJO, et al.,

                                      **Plaintiffs,**

            -against-

**THE CLASSIC OF NY NAILS & SPA, INC., et al.,**

                                      **Defendants.**

------------------------------------------------------------------X

**21-CV-01731 (LJL) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the January 18, 2022 trial date, the parties are ORDERED to meet and confer whether a settlement conference would be productive. If so, the parties shall immediately notify Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that the trial date will be adjourned in response to a late request for a settlement conference.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      November 3, 2021
                  New York, New York