UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOLORES NARANJO,

        Plaintiff,

  -against-

THE CLASSIC OF NY NAILS & SPA INC., et al.,

        Defendants.

------------------------------------------------------------X

21-CV-01731 (LJL)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

  A settlement conference is scheduled for Thursday, December 9, 2021, at 2:00 p.m. and will be held telephonically. At the time of the conference, the parties shall dial the Court's dedicated teleconference line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

  The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, December 9, 2021, at 12:00 p.m. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED: December 8, 2021
     New York, New York

_____
SARAH NETBURN
United States Magistrate Judge