USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/10/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DOLORES NARANJO (AKA LUPE), individually and :
on behalf of others similarly situated, :
:
Plaintiff, : 21-cv-1731 (LJL)
:
-v- : ORDER
:
THE CLASSIC OF NY NAILS & SPA INC. (D/B/A :
CLASSIC NAIL & SPA), MEI LAN CUI (AKA :
SARAH), and YING SHUN LI (AKA UNA), :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    There is an in-person final pretrial conference in this matter scheduled for January 13, 2022 at 4:00 p.m.  The joint final pretrial order is due on January 11, 2022.  The Court has been informed that the parties have reached a settlement in this case.  Unless the parties consent to jurisdiction of Magistrate Judge Netburn for the purposes of settlement approval, the conference will proceed as scheduled, and any existing deadlines will remain.

    SO ORDERED.

Dated: January 10, 2022
       New York, New York

                                                    LEWIS J. LIMAN
                                          United States District Judge