UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOLORES NARANJO, et al.,

                          Plaintiffs,                      21-CV-01731 (SN)

      -against-                                  <u>ORDER</u>

THE CLASSIC OF NY NAILS & SPA, INC.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 13, 2022, the parties consented to my jurisdiction. ECF No. 35. The parties are ORDERED to submit their settlement agreement for approval no later than January 21, 2022.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      New York, New York
                  January 14, 2022

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 1/14/2022*