UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOLORES NARANJO, et al.,

                              Plaintiffs,                   21-CV-01731 (SN)

     -against-                                        **ORDER**

THE CLASSIC OF NY NAILS & SPA INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 21, 2022, the Plaintiffs filed the parties' settlement agreement for court approval. ECF No. 38. However, the agreement was not signed by the parties. The parties shall submit the signed settlement agreement for court approval no later than January 31, 2022.

**SO ORDERED.**

                                                                        _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     New York, New York
               January 24, 2022